**Order entered July 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01411-CR

**ANTHONY PHIFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75027-V**

## ORDER

The Court **GRANTS** appellant's July 2, 2015 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    ADA BROWN
         JUSTICE